IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RONALD ALAN HUMMEL, | Cause No. CV 25-11-M-DMW |
| Plaintiff, | |
| vs. | ORDER |
| STATE OF MONTANA and FLATHEAD COUNTY DISTRICT COURT, | |
| Defendants. | |

Plaintiff Ronald Alan Hummel filed a 42 U.S.C. § 1983 Complaint related to his current conviction and incarceration. (Doc. 2.) The filing is more appropriately characterized as a petition for a writ of habeas corpus. The Complaint will be dismissed.

Hummel's Complaint is entirely related to what he characterizes as a wrongful conviction. "Habeas is the exclusive vehicle for claims brought by state prisoners that fall within the core of habeas, and such claims may not be brought in a § 1983 action." *Nettles v. Grounds*, 830 F.3d 922, 927 (9th Cir. 2016). A prisoner in state custody cannot use a § 1983 action to challenge "the fact or duration of his confinement" and must seek federal habeas corpus relief (or appropriate state

1

relief) instead. *Wilkinson v. Dotson*, 544 U.S. 74, 78 (2005). Hummel's Complaint will be dismissed, and he may file a petition for a writ of habeas corpus.

Based upon the foregoing, IT IS ORDERED that:

1. The Clerk of Court is directed to close this case. All pending motions are DENIED.

2. The Clerk of Court is directed to provide Hummel with the Court's form for a petition for a writ of habeas corpus and a form to proceed in forma pauperis on that petition.

DATED this 24th day of January, 2025.

_____
Donald W. Molloy, District Judge
United States District Court